**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| GINA WEISBLAT, | ) | Case No. 1:22-cv-02064 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Jonathan D. Greenberg |
| JOHN CARROLL UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MINUTES AND ORDER**

The Court held a hearing on the record on April 22, 2024. Plaintiff appeared *pro se*. Philip R. Bautista appeared for Defendant. The parties discussed the status of the case and its suitability for dispositive motions. Based on these discussions, the Court set the following schedule:

| | |
|---|---|
| Defendant's dispositive motion deadline: | May 22, 2024 |
| Plaintiff's response deadline: | June 24, 2024 |

Defendant may file a reply as provided by the Rules. If Plaintiff believes that additional discovery is necessary before she can respond to Defendant's motion for summary judgment, the Court instructed her to respond in accordance with Rule 56(d) by identifying what discovery she specifically contends is necessary and why. She must identify the specific depositions and documents she needs, what material facts she hopes to uncover, and how the discovery is relevant to the underlying legal issues in Defendant's motion.

Finally, the Court responded to the supposed "musings" of Plaintiff's former counsel and assured the parties that it can and will fairly and impartially adjudicate this matter. If either party believes otherwise, the Court will entertain a motion to disqualify promptly and in good faith.

**SO ORDERED.**

Dated: April 23, 2024

                                          J. Philip Calabrese
                                          United States District Judge
                                          Northern District of Ohio